UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 21-mj-68 (ZMF) |
| SAMUEL CAMARGO : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Jeffrey Poulin, who may be contacted by telephone on (202) 252-2641 or e-mail at Jeffrey.Poulin@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
NEW YORK BAR NO. 4444188

By:   __/s/ *Jeffrey Poulin* _____
Jeffrey Poulin
Assistant United States Attorney
Bar No.: WV 11437
555 4th Street, N.W.
Washington, DC 20001
Desk: (202) 252-2641
Jeffrey.Poulin@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 25$^h$ day of January 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                    __/s/ *Jeffrey Poulin* _____
                                                    Jeffrey Poulin
                                                    Assistant United States Attorney