**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **No.:  21-cr-70 (ABJ)** |
| | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **SAMUEL CAMARGO** | **:** | |

**NOTICE OF FILING**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, hereby files the discovery letter, dated April 23, 2021 in this case,

which was served as an attachment via the Court's Electronic Filing System on counsel for the

Defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By:      ____*/s/ Vivien Cockburn*_____
VIVIEN COCKBURN
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW
Washington, DC  20530
(202) 252-7245
Vivien.cockburn@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the Notice of Filing and attached Discovery Letter
(without attachments) to be served upon defendant's counsel via the Court's Electronic Filing
System, and Notice of Filing and attached Discovery Letter (with attachments) via email and/or
USAfx on April 23, 2021.

_____*/s/ Vivien Cockburn*_____
VIVIEN COCKBURN
Assistant United States Attorney



U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 23, 2021

Ubong Akpan, Esquire
Federal Public Defender
625 Indiana Ave. #550 NW
Washington, D.C.  20004

Re:    ***United States v. Samuel Camargo***
        ***Case No. 21-cr-70 (ABJ)***

Dear Counsel:

Please find enclosed initial discovery in the above-captioned case.

**I.    Plea Offer**

There is no plea offer at this time.

**II.    Discovery**

The government is memorializing the discovery previously provided to you by the government.  Please let me know if there are materials itemized below that you did not receive with the prior discovery notices.

On March 22, 2021, the government provided the following discovery to you via USAfx:

- Indictment (3 pages)
- Complaint (1 page)
- Statement of Facts (7 pages)
- Arrest Warrant (2 pages)
- Pretrial Services Report (3 pages)
- Alexandria, VA Police Report (4 pages)
- Alexandria, VA Supplement Report (1 page)

- MPD Arrest Report (12 pages)
- FBI reports:
  - FBI FD-302 re Arrest (2 pages)
  - FBI FD-302 re Interview (2 pages)
  - FBI FD-302 re Transport of Defendant (1 page)
  - FBI FD-302 re Phone Interview of Defendant (1 page)
- Hollywood Police Department Incident Report (3 pages)
- Photo of Defendant's Social Media Post (1 page)
- Photo of Defendant's Social Media Video
- Capture of Defendant's Social Media Post (redacted)(1 page)
- Defendant's Social Media Video Posting (1 page)

On March 23, 2021, the government provided the following discovery to you via USAfx:

- FD 302 Facebook Search Warrant Return (1 page)
- FD 302 Search Warrant Execution (2 pages)
- FD 302 Search Warrant (Residence)(1 page)
- FD 302 Search Warrant on Phone (1 page)

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

## III.   Government's Discovery Requests

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant disclose prior statements of any witnesses that defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

## IV.   Other information:

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to

light.   Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.


Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

Sincerely,

CHANNING D. PHILLIPS
Acting United States Attorney

___*/s/Vivien Cockburn*_____
Vivien Cockburn
Assistant United States Attorney
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 252-7245
Vivien.cockburn@usdoj.gov

cc:     United States District Court Case File (without attachments)