# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No. 21-CR-70 (ABJ)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **SAMUEL CAMARGO** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its June 23, 2021 discovery letter in this case, which was served as an attachment via ECF on counsel for the defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:   /s/
Vivien Cockburn
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
Vivien.Cockburn@usdoj.gov
(202) 252-7245

## CERTIFICATE OF SERVICE

On this 23rd day of June, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/
Vivien Cockburn
Assistant United States Attorney