# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 20-cr-70 (ABJ)** |
| : | |
| **SAMUEL CAMARGO,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Kimberly L. Paschall, hereby informs the Court that Ms. Paschall is withdrawing her appearance in this matter on behalf of the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

_____/s/_____
KIMBERLY L. PASCHALL
ASSISTANT UNITED STATES ATTORNEY
555 4th Street, NW
Washington, DC 20530
(202) 252-2650