UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 21-70 (ABJ) |
| **SAMUEL CAMARGO** | ) | |

## ORDER

Upon consideration of the Unopposed Motion for Release, it is hereby

**ORDERED** that the Motion is **GRANTED**;

IT IS FURTHER ORDERED

_____.

**SO ORDERED.**


DATE: _____, 2021

JUDGE AMY BERMAN JACKSON
UNITED STATES DISTRICT COURT