UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA



FILED
JUL 1 9 2021
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. NO. 21-70 (ABJ) |
| SAMUEL CAMARGO | ) | |

## ORDER

Upon consideration of the Unopposed Motion for Release, it is hereby

**ORDERED** that the Motion is **GRANTED**;

IT IS FURTHER ORDERED that the defendant comply with all conditions in the Order setting conditions of release.

**SO ORDERED.**

DATE: 7/19, 2021

JUDGE AMY BERMAN JACKSON
UNITED STATES DISTRICT COURT