# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SAMUEL CAMARGO,<br><br>          Defendant. | NO. CR21-70<br><br>NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, Channing D. Phillips, the Acting United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Monica A. Stump is now co-counsel for the above-captioned matter on behalf of the United States, who may be contacted by telephone at (618) 622-3860 or by email at monica.stump@usdoj.gov.

Date: July 20, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No.415793

*s/ Monica A. Stump*
MONICA A. STUMP
PA Bar No. 90168
Assistant United States Attorney
District of Columbia
Capitol Riot Detailee
555 4th Street, NW,
Washington, D.C. 20530
Telephone No. (618) 622-3860
Monica.stump@usdoj.gov