UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 21-70 (ABJ) |
| **SAMUEL CAMARGO** | ) | |

**UNOPPOSED MOTION TO CONTINUE**

Samuel Camargo, through undersigned counsel, respectfully moves this Honorable Court to continue the September 23rd hearing in this case until after October 23rd. The government does not oppose this motion. Undersigned counsel has informed the government that she needs additional time to prepare Mr. Camargo for the next hearing.

The parties agree that the exclusion of time under the Speedy Trial Act is warranted until the next hearing date.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500

## **CERTIFICATE OF SERVICE**

I, Ubong E. Akpan, certify that on this 20$^h$ day of September 2021, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
UBONG E. AKPAN
Assistant Federal Public Defender