UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | CRIMINAL NO. 21-cr-70 (ABJ) |
| v.  : | |
| : | |
| SAMUEL CAMARGO  : | |
| : | |
| Defendant.  : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY**
**FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery.

The United States conferred with counsel for the defendant regarding this motion and she does not oppose this motion.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        Acting United States Attorney
                                        D.C. Bar No. 481052

By:                /s/
                                        Monica A. Stump
                                        Assistant United States Attorney
                                        PA Bar Number 90168
                                        District of Columbia
                                        Capitol Riot Detailee
                                        Nine Executive Drive
                                        Fairview Heights, Illinois 62208
                                        Telephone No. (618) 622-3860
                                        monica.stump@usdoj.gov