# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **CR. NO. 21-70 (ABJ)** |
| **SAMUEL CAMARGO** | ) | |

## ORDER

Upon consideration of the Unopposed Motion to Continue, it is hereby

**ORDERED** that the Motion is **GRANTED**;

IT IS FURTHER ORDERED

_____.

**SO ORDERED.**


DATE: _____, 2022                      JUDGE AMY BERMAN JACKSON
                                         UNITED STATES DISTRICT COURT