**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | **CR. NO. 21-70 (ABJ)** |
| **SAMUEL CAMARGO** ) | |

**UNOPPOSED MOTION TO CONTINUE**

Samuel Camargo, through undersigned counsel, respectfully moves this Honorable Court to continue the February 14th hearing in this case for 60 days. The government does not oppose this motion. The defendant needs additional time to prepare for the hearing.

The parties agree that the exclusion of time under the Speedy Trial Act is warranted until the next hearing date.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500

## **CERTIFICATE OF SERVICE**

I, Ubong E. Akpan, certify that on this 9th day of February 2022, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
UBONG E. AKPAN
Assistant Federal Public Defender