# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | |
| **SAMUEL CAMARGO,** | : | CASE NO. 1:21-cr-00070-ABJ-1 |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is also assigned to Special Assistant United States Attorney, James D. Peterson, who may be contacted by telephone on (202) 353-0796 or e-mail at james.d.ptereson@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ James D. Peterson
James D. Peterson
Special Assistant United States Attorney
Bar No.: VA 35373
United States Department of Justice
1331 F Street N.W.
 6th Floor
Washington, D.C. 20530
Desk: (202) 353-0796
Mobile: (202) 230-0693
James.d.peterson@usdoj.gov