# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 21-cr-00070 (ABJ) |
| v. | : | |
| | : | |
| **SAMUEL CAMARGO** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Susan Lehr is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: April 11, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Susan T. Lehr
SUSAN T. LEHR
Assistant United States Attorney (Detailee)
NE Bar No. 19248
1620 Dodge Street, #1400
Omaha, Nebraska  68102
Office: 402-661-3715
susan.lehr@usdoj.gov