# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 21-70 (ABJ) |
| **SAMUEL CAMARGO** | ) | |

## UNOPPOSED MOTION TO CONTINUE

Samuel Camargo, through undersigned counsel, respectfully moves this Honorable Court to continue the July 7th 11 a.m. hearing to (1) July 7th at 2 p.m.; (2) July 21st at 11 a.m. or 12 p.m.; or (3) mid-August 2022.  Undersigned counsel has a matter scheduled for trial on July 25th and the joint pretrial conference and suppression hearing for that matter needs to be moved to July 7th at 11 am.  The government does not oppose this motion.

The parties agree that the exclusion of time under the Speedy Trial Act is warranted until the next hearing date.

                                          Respectfully Submitted,

                                          A.J. KRAMER
                                          FEDERAL PUBLIC DEFENDER

                                          _____/s/_____
                                          UBONG E. AKPAN
                                          Assistant Federal Public Defender
                                          625 Indiana Ave., N.W.
                                          Washington, D.C.  20004
                                          (202) 208-7500

# **CERTIFICATE OF SERVICE**

I, Ubong E. Akpan, certify that on this 5th day of July 2022, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
UBONG E. AKPAN
Assistant Federal Public Defender