UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 21-CR-00070 (ABJ) |
| v. | : | |
| | : | |
| SAMUEL CAMARGO | : | |
| | : | |
| Defendant. | : | |

NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Nialah Ferrer is entering her appearance in the above-captioned matter as counsel for the United States.

                                              Respectfully submitted,

DATED: February 17, 2023               MATTHEW M. GRAVES
                                              United States Attorney
                                              D.C. Bar No. 481052

                                     By:   /s/ Nialah S. Ferrer
                                              NIALAH S. FERRER
                                              Assistant United States Attorney
                                              New York Bar No. 5748462
                                              United States Attorney's Office
                                              District of Columbia
                                              (202) 557-1490
                                              nialah.ferrer@usdoj.gov

## CERTIFICATE OF SERVICE

On this 17th day of February 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

_____
NIALAH S. FERRER
Assistant United States Attorney