## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 21-70 (ABJ) |
| **SAMUEL CAMARGO** | ) | |

## UNOPPOSED MOTION TO CONTINUE

Samuel Camargo, through undersigned counsel, respectfully moves this Honorable Court to continue the April 13th status conference in this case. The government does not oppose this motion. The defense needs additional time to review discovery and the latest plea offer.

The parties agree that the exclusion of time under the Speedy Trial Act is warranted until the next hearing date.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 23th day of March 2023, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
UBONG E. AKPAN
Assistant Federal Public Defender