UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v.  ) | **CR. NO. 21-70 (ABJ)** |
| **SAMUEL CAMARGO** ) | |

**SUPPLEMENT TO UNOPPOSED MOTION TO CONTINUE**

Samuel Camargo, through undersigned counsel, respectfully files this Supplement in support of his motion to continue the April 13th status conference filed at ECF No. 55. The defense requests a continuance of approximately 30 days. Government counsel and undersigned counsel are available on May 16th, 17th, and 18th.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

     /s/
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500