UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal No. 21-CR-70-ABJ |
| : | |
| SAMUEL CAMARGO,   : | |
| : | |
| Defendant.   : | |

**JOINT STATUS REPORT**

The United States submits this brief joint status report in response to the Court's request for an update on the trial scheduled for October 2, 2023. On June 14, 2023, defense responded to the government and indicated it has no representations to make on this matter. The government submits that if the defendant wishes to waive his right to a jury trial, the government would consent to a bench trial. The government does not plan to request a bench trial in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY: *Nialah S. Ferrer*
Nialah S. Ferrer
Assistant United States Attorney
New York Bar No. 5748462
601 D Street, NW
Washington, D.C. 20530
(202) 557-1490
Nialah.Ferrer@usdoj.gov

BY:   /s/Ubong Akpan
Assistant Federal Public Defender
Office of the Federal Public Defender
for the District of Columbia
625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202) 208-7500, ext. 5102