**<u>Criminal Voir Dire Procedure</u>:** *United States v. Camargo*, 21-cr-0070

- The Court will read all of the voir dire questions – which must be in the form of a yes or no question – to the entire panel at once, and potential jurors will record the numbers of any questions to which they have affirmative answers on notecards provided by the Court.

- Jurors will all be moved from the courtroom to another location and those who have indicated that they have answers will then provide their answers on an individual basis from the witness stand. The Court will ask follow up questions and provide counsel with an opportunity to propose reasonable additional follow up.

- Once at least thirty-two jurors have been qualified, all other jurors will be excused. Jurors struck for cause will be excused at that time.

- The qualified jurors will be seated in the well of the courtroom in order of their juror numbers and will remain there throughout the process.

- The parties may use their strikes on any of the qualified jurors, not just the first twelve. The parties will alternate, and since the government is entitled to six strikes and defendant is entitled to ten, the striking will proceed as follows:

    For the first four rounds, the government may strike one juror, and the defendant may strike two;

    For rounds five and six, the government and the defendant may each exercise one strike.

- If one party passes – that is, chooses not to strike any of the qualified jurors seated in the courtroom – that party has signaled that it is satisfied with the entire panel, and it may not resume striking even if the other party has not yet exhausted its strikes.

- If both parties pass in the same round, the process of selecting the 12 jurors will be over.

- Once both parties have passed or exhausted their strikes, the first twelve jurors remaining will be designated as the jury of twelve. The jurors in positions thirteen and fourteen will be designated – to counsel and the Court – as the alternates.

- The parties may then each exercise one strike for the alternates, with the government striking first.

- Any Batson challenges that have not been previously raised should be raised at this time.

- Once all process has been completed, the Court will seat the first fourteen qualified jurors. The identity of the alternates will not be disclosed to the jurors.