## **CERTIFICATE OF SERVICE**

On this 24th day of July, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Kaitlin Klamann*