UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-CR-70-ABJ |
| | : | |
| SAMUEL CAMARGO, | : | |
| | : | |
| Defendant. | : | |

## NOTICE REGARDING SUPERSEDING INDICTMENT

The United States submits this brief notice in response to the Court's request for an update. On July 31, 2023, the government notified defense via email that our office anticipates presenting to the grand jury on August 16, 2023. The government also attempted to extend another plea offer to the defendant, which was declined. The grand jury date is scheduled for August 16, 2023, and the government intends on asking the grand jury for a superseding indictment in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:     *Nialah S. Ferrer*
Nialah S. Ferrer
Assistant United States Attorney
New York Bar No. 5748462
601 D Street, NW
Washington, D.C. 20530
(202) 557-1490
Nialah.Ferrer@usdoj.gov