UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-CR-70-ABJ** |
| | : | |
| **SAMUEL CAMARGO,** | : | |
| | : | |
| Defendant. | : | |

## AMENDED NOTICE REGARDING SUPERSEDING INDICTMENT

The United States submits this amended notice to provide an update regarding a schedule change for the anticipated superseding indictment. The government now anticipates seeking the superseding indictment on August 23, 2023.

As suggested in the government's recent filings (ECF Nos. 70, 71 at 2 n.1), the primary purpose of the superseding indictment is to incorporate an incident in which the defendant spat on Metropolitan Police Department officers on the Upper West Terrace of the Capitol. Well before the recent plea offer was issued, the government put defendant on notice that it was aware of this additional conduct, and the government has produced the evidence of this conduct in discovery.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY: _____
Nialah S. Ferrer
Assistant United States Attorney
New York Bar No. 5748462
601 D Street, NW
Washington, D.C. 20530
(202) 557-1490
Nialah.Ferrer@usdoj.gov