UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | **CR. NO. 21-70 (ABJ)** |
| **SAMUEL CAMARGO** | ) | |

**NOTICE REGARDING POSTPONEMENT OF TRIAL**

Samuel Camargo, through undersigned counsel, respectfully notifies this Honorable Court, pursuant to the Court's Minute Order on August 17, 2023, of his intent to seek a postponement of the trial, as a result of the pending Superseding Indictment. The government's notice regarding the pending Superseding Indictment was filed at ECF Nos. 73 and 74.

        Respectfully Submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____/s/_____
        UBONG E. AKPAN
        Assistant Federal Public Defender
        625 Indiana Ave., N.W.
        Washington, D.C.  20004
        (202) 208-7500

## **CERTIFICATE OF SERVICE**

I, Ubong E. Akpan, certify that on this 22nd day of August 2023, I caused a copy of the foregoing Notice to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

                                        /s/
UBONG E. AKPAN
Assistant Federal Public Defender