UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-CR-70-ABJ** |
| | : | |
| **SAMUEL CAMARGO,** | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' MEMORANDUM
REGARDING STATUS OF DISCOVERY AS OF AUGUST 23, 2023
AND DISCLOSURE REGARDING SUPERSEDING INDICTMENT**

The United States submits this memorandum for the purpose of describing the status of discovery and disclosure regarding the superseding indictment. This case is set for trial on October 2, 2023. In February 2023, the government provided notice to the defendant, through his counsel, that the government found additional footage of the defendant spitting on officers on the U.S. Capitol Grounds. The government provided this footage via USAfx. During a status conference in February 2023, the October 2, 2023 trial date was set. On July 31, 2023, the government gave notice to the defendant of its intent to supersede based on this conduct and extended a misdemeanor plea offer to the defendant. Defendant declined the offer.

The grand jury has now returned the superseding indictment, which includes charges under 18 U.S.C. §§ 111(a)(1); 231(a)(3); 1752(a)(4); and 40 U.S.C. § 5104(e)(2)(F) arising from defendant's conduct on the Upper West Terrace. Specifically, at approximately 2:50 p.m., defendant climbed over one of the riser walls from the Lower West Terrace and dropped down on to the Upper West Terrace. He then walked directly toward the police line. He hoisted himself up on a bike barricade and tried to spit on officers from there. He then threw an unidentified object toward the officers. He then walked closer to the police line and spat at the officers.

The government has also made an additional discovery production. In addition to the video evidence of this conduct disclosed in February 2023, the government provided additional videos of defendant's conduct. Much of this video evidence is from body-worn camera, and the government has identified officers

by name where it is aware that their body-worn camera depicts relevant events, or whom the government has learned were in the area at the time. The government also disclosed the names of at least two officers on whom the defendant spat at. In addition, the government's discovery letter identified a Capitol Police officer who was present at the North Doors around the time that the defendant was present there between approximately 3:10 to 3:30 pm.

In light the information provided in this notice and in the government's August 23, 2023 discovery production, in addition to the discovery previously provided, the government respectfully requests that the Court deny the defendant's motion for a bill of particulars as moot. (ECF No. 66). *See United States v. Butler*, 822 F.2d 1191, 1193 (D.C. Cir. 1987) ("if the requested information is available in some other form, then a bill of particulars is not required"); *see United States v. Lorenzana-Cordon*, 130 F. Supp. 3d 172, 179 (D.D.C. 2015) (denying motion for bill of particulars and noting that the government had provided extensive discovery that "allows Defendants to adequately prepare for trial").

The government also reviewed defendant's "notice of intent" to seek a postponement of trial (ECF No. 76). The government respectfully opposes moving the trial date based on the return of the superseding indictment. The government made defense counsel aware of the conduct that is the basis for the indictment six months ago. When the government issued the most recent misdemeanor plea offer on July 31, 2023, the government informed defendant of its intent to supersede based on this conduct. Defendant therefore has been on notice of the details of this conduct and the government's intent to add additional charges based on it well in advance of trial. The new charges relate to discrete conduct taking place during a limited time period – a matter of minutes.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

BY: _____
        Nialah S. Ferrer
        Assistant United States Attorney
        New York Bar No. 5748462
        601 D Street, NW
        Washington, D.C. 20530
        (202) 557-1490
        Nialah.Ferrer@usdoj.gov