**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | **CR. NO. 21-70 (ABJ)** |
| **SAMUEL CAMARGO** | ) | |

**MOTION TO CONTINUE OR VACATE TRIAL DATE**

    Samuel Camargo, through undersigned counsel, respectfully moves this Honorable Court to continue or vacate the November 6, 2023 trial in this case.  Mr. Camargo has informed undersigned counsel that he does not wish to proceed to trial.  Defense counsel has contacted government counsel to notify them of the same and to inquire about the possibility of a pre-trial resolution in this matter.  A new plea offer has now been extended.  Mr. Camargo respectfully requests that the Court continue his trial date for 30 or 60 days, or alternatively simply vacate the existing trial date, to allow the parties time to negotiate a pre-trial resolution of this case and to potentially exchange and finalize any paperwork involving the same.  A continuance of the trial date is in the interest of judicial economy and will allow the parties to focus on a potential resolution instead of preparing for trial.  Counsel for the United States has informed defense counsel that the government is opposed to this request.

                                                         Respectfully Submitted,

                                                         A.J. KRAMER
                                                         FEDERAL PUBLIC DEFENDER

                                                        /s/     *Kate Adams*

                                                        UBONG E. AKPAN
                                                         KATE ADAMS
                                                         Assistant Federal Public Defenders
                                                        625 Indiana Ave., N.W.
                                                        Washington, D.C.  20004
                                                        (202) 208-7500