UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.  1:21-CR-70-ABJ |
| v. : | |
| : | |
| SAMUEL CAMARGO, : | |
| : | |
| : | |
| Defendant. : | |

**JOINT PRETRIAL STATEMENT**

Pursuant to the Court's June 20, 2023, Scheduling Order (ECF No. 59), the parties submit the following joint pretrial statement:

**A. Proposed Statement of the Case**

The United States has charged the defendant in connection with events which occurred at the United States Capitol on January 6, 2021. Count One charges the defendant with obstructing, impeding, and interfering with law enforcement officers from the United States Capitol Police or District of Columbia Metropolitan Police Department during a civil disorder.  Count Two charges the defendant with assaulting, resisting, opposing, impeding, intimidating, or interfering with law enforcement officers inside the Capitol building or on the grounds. Counts Three, Four, and Six charge the defendant with crimes related to his presence and conduct on the Capitol grounds, including disorderly and disruptive conduct and entering and remaining in a restricted area.

The defendant asserts that he did not obstruct, impede, or interfere with law enforcement officers during a civil disorder.  The defendant asserts that he did not assault, resist, oppose, impede intimidate or interfere with law enforcement officers inside the Capitol building or on the grounds. The defendant asserts that he was not disorderly or disruptive and he did not enter or remain in a restrictive area.  The defendant has pled not guilty to all charges.

1

### B. Estimate of the Number of Trial Days

The parties anticipate the trial will last three to four trial days.

### C. List of Outstanding Motions in Limine

- Government's Motion *in Limine* to preclude improper defense arguments and evidence about law enforcement (ECF Nos. 62, 95)
- Government's Motion *in Limine* to limit the cross-examination of U.S. Secret Service Witnesses (ECF Nos. 63, 95)
- Government's Motion *in Limine* to restrict presentation of evidence regarding the specific position of U.S. Capitol Police surveillance cameras (ECF Nos. 64, 95)
- Government's Motion *in Limine* to preclude mental health evidence or argument (ECF Nos. 82, 95)
- Defendant's *Motion in Limine* (ECF Nos. 68, 80)

### D. Proposed Voir Dire

A copy of the proposed *voir dire* questions is attached as Exhibit A. There are disagreements regarding the proposed *voir dire*. The defenses objections are noted below each disputed question in red.

### E. Proposed Jury Instructions

A copy of the government's proposed jury instructions, with references to the applicable Standardized Criminal Jury Instructions for the District of Columbia, is attached to this submission as Exhibit B. The government sent the attached instructions to defense on October 19, 2023. Defense sent multiple revisions with their noted objections. The government's position is that the objections did not comport with the court's suggested format per its scheduling order (ECF No. 59). Because the parties cannot agree, the government submits it proposed jury instructions and defense will file their objections and additions separately.

F.  List of Witnesses

**Possible witnesses in the Government's case-in-chief:**

Michael Attard
Special Agent, Federal Bureau of Investigation

James Lincoln
Special Agent, Federal Bureau of Investigation

Jeffrey Ralston
CART Examiner, Federal Bureau of Investigation

Chad Curtice
Officer, Metropolitan Police Department

Dora Vandayburg (formerly known as Pacheco)
Officer, Metropolitan Police Department

Corey Fenwick
Officer, Metropolitan Police Department
Jason Stadnik
Officer, Metropolitan Police Department

Elmer Perez
Officer, Metropolitan Police Department

Sade Reed
Officer, Metropolitan Police Department

Alexander Montague
Officer, Metropolitan Police Department

Jake Lee
Officer, Metropolitan Police Department

David Wilks
Officer, Metropolitan Police Department

Issac Fernando
Officer, Metropolitan Police Department

Lanelle Hawa
Inspector, United States Secret Service

Hansel Hirsch

Officer, United States Capitol Police

Justin Cohen
Sergeant, United States Capitol Police

Andrew Yee

Jaime Whelan

**Possible witnesses in the defendant's case-in-chief:**

Jessica Yalenty, Investigator

Tyrees Smith, Investigator

The parties request permission to amend their witness lists in advance of trial as needed during the course of trial preparation.

### G. List of Expert Witnesses

Neither party intends to call an expert witness in their case-in-chief, at this time.

### H. List of Prior Convictions

The parties are not aware of any prior convictions of the defendant.

### I. List of Exhibits

Copies of the Exhibit Lists for the Government and Defense are attached to this submission as Exhibits C and D, respectively. At this time, defense counsel filed an unopposed motion for an extension of time to file objections to exhibits. ECF No 100.

The parties request the Court's permission to amend their exhibit lists in advance of trial as needed during the course of trial preparation.

### J. Stipulations

The government proposed 11 stipulations to the defendant, which were all rejected. The proposed stipulations are attached to this submission as Exhibit E. The parties request the Court's

permission to submit executed stipulations in advance of trial if they are able to come to an agreement.

### K. Judicial Notice

The parties are not requesting judicial notice at this time.

### L. Proposed Verdict Form

Copies of the proposed Verdict Forms for the Government and Defense are attached to this submission as Exhibits F and G, respectively.

Respectfully,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481 052

*/s/ Nialah S. Ferrer*
NIALAH S. FERRER
Assistant United States Attorney
New York Bar No. 5748462
601 D Street NW
Washington, D.C. 20530
(202) 557-1490
Nialah.Ferrer@usdoj.gov

*/s/ Kaitlin Klamann*
KAITLIN KLAMANN
Assistant United States Attorney
Illinois Bar No. 6316768
601 D Street NW
Washington, D.C. 20530
(202) 252-6778
Kaitlin.Klamann@usdoj.gov

*Counsel for the Government*

*/s/ Ubong E. Akpan*
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Avenue NW
Washington, D.C. 20004
(202) 208-7500
Ubong_Akpan@fd.org

*/s/ Katelyn Adams*
KATELYN ADAMS
625 Indiana Avenue NW
Washington, D.C. 20004
(202) 208-7500
Kate_Adams@fd.org

*Counsel for Defendant*