UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. NO. 21-70 (ABJ) |
| SAMUEL CAMARGO | ) | |

**MOTION TO CONTINUE TRIAL DATE**

Samuel Camargo, through undersigned counsel, respectfully moves this Honorable Court to continue the March 25th trial date for approximately two weeks. On November 2, 2023, when this Honorable Court rescheduled the trial date from November 6th to March 25th, undersigned counsel had not been aware of the school and holiday schedule. Undersigned counsel recently became aware of the schedules and cannot be available for trial the week of March 25th. Hence, the defense requests a trial date in April. The government opposes this motion. Mr. Camargo agrees that the exclusion of time under the Speedy Trial Act is warranted until the next trial date.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

　　/s/
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 2nd day of January 2024, I caused a copy of the foregoing Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

                                              /s/
                                    UBONG E. AKPAN
                                    Assistant Federal Public Defender