# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 21-70 (ABJ) |
| **SAMUEL CAMARGO** | ) | |

## DEFENSE STATUS REPORT

Samuel Camargo, through undersigned counsel, respectfully files this Status Report pursuant to the Court's February 12, 2024 to inform this Honorable Court of the following:

1) Mr. Camargo will reject the plea agreement proposed by the government on February 2, 2024, and referenced in Mr. Camargo's February 9, 2024 status report.

2) Mr. Camargo requests a bench trial to proceed on the presently scheduled trial date of April 16, 2024.

3) Counsel for Mr. Camargo will confer with the government to attempt to streamline the upcoming bench trial, through stipulations and otherwise, to the greatest extent possible.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
KATE ADAMS
Assistant Federal Public Defenders
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500