UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | CR. NO. 21-70 (ABJ) |
| **SAMUEL CAMARGO** | ) | |

**<u>DEFENSE STATUS REPORT</u>**

Undersigned counsel respectfully file this Status Report to inform this Honorable Court of the following in response to its February 20, 2024 Minute Order.

1) Counsel for Mr. Camargo are unable to obtain a written jury trial waiver at this time.

2) Undersigned counsel respectfully request that this Court schedule a status conference to proceed via videoconference during the week of March 4 or March 11, 2024, in order to proceed with an oral colloquy regarding Mr. Camargo's waiver of his right to a jury trial.

                                                                      Respectfully Submitted,

                                                                      A.J. KRAMER
                                                                      FEDERAL PUBLIC DEFENDER

                                                                      ____/s/_____
                                                                      UBONG E. AKPAN
                                                                       KATE ADAMS
                                                                       Assistant Federal Public Defenders
                                                                       625 Indiana Ave., N.W.
                                                                       Washington, D.C.  20004
                                                                       (202) 208-7500