UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-CR-70-ABJ |
| | : | |
| SAMUEL CAMARGO, | : | |
| | : | |
| Defendant. | : | |

**SUPPLEMENTAL EXHIBIT TO GOVERNMENT'S MEMORANDUM
REGARDING "PHYSICAL CONTACT" UNDER 18 U.S.C. § 111(a)(1)**

The United States submits this supplemental exhibit (Exhibit A) as refenced in the government's memorandum addressing "physical contact" under 18 U.S.C. § 111(a)(1). *See* ECF No. 148 at 3 n.2.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY: /s/ Nialah S. Ferrer
Nialah S. Ferrer
Assistant United States Attorney
New York Bar No. 5748462
601 D Street, NW
Washington, D.C. 20530
(202) 557-1490
Nialah.Ferrer@usdoj.gov