## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 21-cr-070 (ABJ) |
| | ) | |
| **SAMUEL CAMARGO,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Katelyn Adams is withdrawing her appearance as counsel of record in this matter. Assistant Federal Public Defender Ubong Akpan remains as counsel for Samuel Camargo.

        Respectfully submitted,

        A. J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____/s/_____
        KATELYN ADAMS
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500
        Kate_Adams@fd.org